NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FAST MEMORY ERASE, LLC,
*Plaintiff-Appellee,*

v.

INTEL CORPORATION, NUMONYX B.V., and NUMONYX, INC.,
*Defendants-Appellants,*

and

SONY ERICSSON MOBILE COMMUNICATIONS AB, SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., APPLE INC., and MOTORALA, INC.,
*Defendants.*

2011-1283

Appeal from the United States District Court for the Northern District of Texas in case no. 10-CV-0481, Judge Barbara M.G. Lynn.

ON MOTION

ORDER

Upon consideration of the joint motion to stay the briefing schedule in this appeal pending disposition of 2010-1302,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to file a status report in this appeal, within 14 days of this court's final disposition of 2010-1302, concerning how they believe that this appeal should proceed.

FOR THE COURT

JUN 0 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jeffrey R. Bragalone, Esq.
    Chris R. Ottenweller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2011

JAN HORBALY
CLERK